UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:24-CR-16-TAV-DCP ) |
| MICHAEL C. HOFFPOWIER, | ) ) |
| Defendant. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on May 27, 2025 [Doc. 83], recommending that the Court deny attorney Joseph A. Fanduzz's Motion to Withdraw as Counsel of Record [Doc. 80] and grant defendant's Motion to Proceed In Forma Pauperis [Doc. 81].

There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 83]. Attorney Fanduzz's Motion to Withdraw as Counsel of Record [Doc. 80] is **DENIED** and defendant's Motion to Proceed In Forma Pauperis [Doc. 81] is **GRANTED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE